| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MANUEL JR. CARBAJAL SANDOVAL, | ) | No. C 06-5934 WDB |
| Plaintiff, | ) | |
| v. | ) | **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security (DHS); EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; DONALD NEUFELD, California Service Center Acting Director, DAVID STILL, United States Citizenship and Immigration Services, San Francisco District Director, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

Consent to Magistrate Jurisdiction
C 06-5934 WDB

Dated: November 22, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: November 22, 2006

/s/
HAITHAM E. BALLOUT
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/27/2006

/s/ Wayne D. Brazil

WAYNE D. BRAZIL
United States Magistrate Judge

Consent to Magistrate Jurisdiction
C 06-5934 WDB