| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANUEL JR. CARBAJAL SANDOVAL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security (DHS); EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; DONALD NEUFELD, California Service Center Acting Director, DAVID STILL, United States Citizenship and Immigration Services, San Francisco District Director,<br><br>Defendants. | No. C 06-5934 WDB<br><br>STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANT MUST FILE AN ANSWER |

Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 21-day extension of time within which the defendants must serve their answer to the complaint in the above-entitled action. The defendants will file their answer on or before December 15, 2006.

///

///

Stipulation to Extend Time
C 06-5934 WDB

1  Dated: November 22, 2006              Respectfully submitted,

2                                         KEVIN V. RYAN
                                          United States Attorney
3

4
                                                    /s/
5                                         EDWARD A. OLSEN
                                          Assistant United States Attorney
6                                         Attorneys for Defendants

7

8

9
                                                    /s/
10 Date: November 22, 2006               HAITHAM E. BALLOUT
                                          Attorney for Plaintiff
11

12

13
                                    **ORDER**
14
   Pursuant to stipulation, IT IS SO ORDERED.
15

16                                        */s/ Wayne D. Brazil*

17 Date:  11/27/2006
                                          WAYNE D. BRAZIL
18                                        United States Magistrate Judge

Stipulation to Extend Time
C 06-5934 WDB