KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANUEL JR. CARBAJAL SANDOVAL, | No. C 06-5934 WDB |
| Plaintiff, | |
| v. | STIPULATION TO DISMISS and [PROPOSED] ORDER |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security (DHS); EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; DONALD NEUFELD, California Service Center Acting Director, DAVID STILL, United States Citizenship and Immigration Services, San Francisco District Director, | |
| Defendants. | |

    Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that plaintiff received the relief sought in that plaintiff was naturalized on December 13, 2006.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C 06-5934 WDB

| | | |
|---|---|---|
| 1 | Dated: December 15, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: December 15, 2006

/s/
HAITHAM E. BALLOUT
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

*/s/ Wayne D. Brazil*

Date: 12-15-06

WAYNE D. BRAZIL
United States Magistrate Judge

Stipulation to Dismiss
C 06-5934 WDB